

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| | § | No. 08-14-00315-CV |
| IN RE: ALEJANDRO HERNANDEZ AND EDITH ROMAN, | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the Relator's motion for emergency relief and Relator's petition for writ of mandamus against the Honorable Thomas Spieczny, Judge of the County Court at Law No. 7, El Paso, Texas, and concludes that Relator's motion for emergency relief and Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus and the motion for emergency relief, in accordance with the opinion of this court.

IT IS SO ORDERED THIS 14TH DAY OF JANUARY, 2015.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.